# United States District Court
## Violation Notice

| | | |
|---|---|---|
| Location Code: OR43 | | |
| Violation Number: 7529139 | Officer Name (Print): BACA | Officer No.: 396 |

Mag. No.: 7529139

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy): 07/04/2019 2015 | Offense Charged: ☒ CFR ☐ USC ☐ State Code  43 CFR 8365.1-4(a)(4) |
|---|---|

Place of Offense: BANDON DORFF BEACH

Offense Description: Factual Basis for Charge ☐ HAZMAT

RESISTING ISSUANCE OF A CITATION BY AN AUTHORIZED OFFICER, INTERFERING WITH BLM OFFICER

### DEFENDANT INFORMATION

Last Name: HANSON  First Name: MANDY  M.I.: M

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| E29839 | OR | | Toyota | 2WD | W |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: TBN
Date (mm/dd/yyyy): TBN
Time (hh:mm): TBN

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

(Rev. 09/2015)     Original - CVB Copy

CVB SCAN 10/03/2019 9:11

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 4th, 2019 while exercising my duties as a law enforcement officer in the _____ District of Oregon

SEE ATTACHED REPORT

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/04/2019    Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident